**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ERIC BISHOP,<br><br>               Plaintiff,<br><br>   vs.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC, a foreign company; STATE OF WASHINGTON; CITY OF SEATTLE; DOES I-X AND ROES I-X,<br><br>               Defendants. | NO.<br><br>NOTICE OF REMOVAL<br><br>**JURY DEMAND** |

      Defendant RIDE THE DUCKS INTERNATIONAL, LLC ("RTDI") hereby files this Notice of Removal of the above-described action to the United States District Court for the Western District of Washington, Seattle Division from the Superior Court of the State of Washington, County of King, where the action is now pending, as provided by Title 28, U.S. Code, Chapter 89 and states:

      1.    Plaintiff filed Eric Bishop's Complaint Agaist Ride the Ducks International, LLC; the State of Washigton and the City of Seattle (the "Complaint") in King County Superior Court under Cause No. 17-2-17834-9 SEA on July 7, 2017 seeking

NOTICE OF REMOVAL - 1

1007.033/Notice of Removal.docx

FALLON McKINLEY & WAKEFIELD, PLLC
A T T O R N E Y S   A T   L A W
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

to recover alleged damages which RTDI reasonably believes to be in excess of $75,000.00. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2. At the time the action was commenced in state court, RTDI was and still is a limited liablity company incorporated under the laws of the State of Missouri, with its principal place of business in Branson, Missouri. RTDI is not a citizen of the state in which this action was brought.

3. RTDI attaches to this Notice of Removal as **Exhibit B**, a true and correct copy of a Stipulation and Order of Dismissal as to Defendants City of Seattle and State of Washington Only, with Prejudice ("Stipulated Order of Dismissal") filed in the Superior Court for the State of Washington, County of King in this matter on August 13, 2018. This Stipulated Order of Dismissal dismissed the defendants the State of Washington and the City of Seattle from this case with prejudice. As a result of the dismissal of the City of Seattle and the State of Washington from this matter there is complete diversity between the plaintiff Eric Bishop, who is a resident / citizen of Washington and the one remaining defendant, RTDI which is a resident / citizen of Missouri. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it was filed within 30 days of the filing of the Stipulated Order of Dismissal which was the document "from which it … [was] first … ascertained that the case is one which … has become removable."

4. The action described in Paragraph 1 of this notice is a civil action, of which this Court has original jurisdiction under the provisions of Title 28, U.S. Code, § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of Title 28, U.S. Code, § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. There is complete diversity between all parties to this action.

NOTICE OF REMOVAL - 2

1007.033/Notice of Removal.docx

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

5. RTDI will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

6. A copy of this notice will be filed with the clerk of the Superior Court of Washington, County of King as required by 28 U.S.C. § 1446(d).

7. Intradistrict Assignment Per LCR 101(e): This matter arose in Seattle, Washington so assignment to the Seattle Division of the United States District Court for the Western District of Washington at Seattle.

WHEREFORE, defendant Ride the Ducks International, LLC requests that this action proceed in this Court as an action properly removed to it.

DATED this 7th day of September, 2018.

FALLON McKINLEY & WAKEFIELD, PLLC

By *s/ Scott C. Wakefield*

| | |
|---|---|
| Scott C. Wakefield | WSBA #11222 |
| Dan R. Kirkpatrick | WSBA #38674 |
| Rebecca R. Morris | WSBA #46810 |
| Tyler J. Hermsen | WSBA #43665 |

Attorneys for Defendant Ride the Ducks International, LLC
Fallon McKinley & Wakefield, PLLC
1111 Third Avenue, Suite 2400
Seattle, WA  98104
TEL:  (206) 682-7580
FAX: (206) 682-3437
E-mail:  swakefield@fmwlegal.com
E-mail:  dkirkpatrick@fmwlegal.com
E-mail:  rmorris@fmwlegal.com
E-mail:  thermsen@fmwlegal.com
Attorneys for Defendant Ride the Ducks International, LLC

NOTICE OF REMOVAL - 3

1007.033/Notice of Removal.docx

FALLON McKINLEY & WAKEFIELD, PLLC
A T T O R N E Y S   A T   L A W
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

# CERTIFICATE OF SERVICE

I hereby certify that on September 7th, 2018, I electronically filed the following document(s):

1. NOTICE OF REMOVAL

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Counsel for Plaintiff:**
Brian Sullivan           WSBA #38066
Sullivan Law Group, PLLC
3209 Rockefeller Avenue
Everett, WA 98201-4316
TEL:   425-322-1076
brian@sullivanpllc.com

Lawrence M. Kahn      WSBA #29639
Naomi R. Arin           WSBA #52267
Lawrence Kahn Law Group, PS
135 Lake Street, Suite 265
Kirkland, WA 98033
TEL:   425-453-5679
lmk@lklegal.com
naomi@lklegal.com

DATED this 7th day of September, 2018.

                                         *s/ Brooke Williams*
                                         BROOKE WILLIAMS
                                         FALLON McKINLEY & WAKEFIELD, PLLC
                                         1111 Third Avenue, Suite 2400
                                         Seattle, WA  98101
                                         Tel:  206-682-7580
                                         Fax:  206-682-3437
                                         brooke@fmwlegal.com

NOTICE OF REMOVAL - 4

1007.033/Notice of Removal.docx

**FALLON McKINLEY & WAKEFIELD, PLLC**
A T T O R N E Y S   A T   L A W
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437